UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSEMARY COON,<br><br>                    Plaintiff,<br><br>   v.<br><br>CENTRAL WASHINGTON HOSPITAL,<br><br>                    Defendant. | NO:  CV-10-194-RMP<br><br>ORDER GRANTING PARTIES STIPULATED MOTION TO DISMISS THIRD CAUSE OF ACTION |

It appearing to the Court that the parties have stipulated to dismiss Plaintiff's third cause of action, Wrongful Discharge in Violation of Public Policy, and the Court being otherwise advised, now, therefore,

**IT IS HEREBY ORDERED** that Plaintiff's third cause of action, Wrongful Discharge in Violation of Public Policy, is hereby **dismissed with prejudice.**

Any and all other causes remain pending.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 23rd day of June, 2011.

                                                 *s/ Rosanna Malouf Peterson*
                                              ROSANNA MALOUF PETERSON
                                              United States District Court Judge

ORDER GRANTING PARTIES STIPULATED MOTION TO DISMISS THIRD CAUSE OF ACTION ~ 1