# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ROSEMARY COON,

                  Plaintiff,

      v.

CENTRAL WASHINGTON HOSPITAL,

                  Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-194-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  that Judgment is entered against Plaintiff in favor of

Defendant, without costs or fees for either party.

October 21, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson